# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Chin, Denny | Second Circuit | 07/28/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2019 <br> **to** <br> 12/31/2019 |

**7. Chambers or Office Address**

U.S. Courthouse
40 Foley Square, Room 2003
New York, New York 10007

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | Fordham Law School |
| 2. | Board Member | Fordham Law Review Alumni Association |
| 3. | Board Member, Vice President | Fordham Law Alumni Association |
| 4. | Executive Committee Member | Federal Bar Council Inn of Court |
| 5. | Adjunt Professor | Harvard University |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Fordham Law School, wages for teaching | $8,440.00 |
| 2. 2019 | Harvard Law School, wages for teaching | $20,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Law firm income |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Harvard University | January 31- February 1, 2019 | Cambridge, MA | Teach | travel expenses/hotel |
| 2. | Harvard University | February 8, 2019 | Cambridge, MA | Teach | travel expenses |
| 3. | Federal Bar Council | Feburary 16-26, 2019 | Maui, HI | Speak at Conference | travel expenses/hotel |
| 4. | Harvard University | February 28, 2019 | Cambridge, MA | Teach | travel expenses |
| 5. | Harvard University | March 7, 2019 | Cambridge, MA | Teach | travel expenses |
| 6. | Harvard University | March 14, 2019 | Cambridge, MA | Teach | travel expenses |
| 7. | University of Notre Dame | March 24-26, 2019 | South Bend, IN | Teach | travel expenses/hotel |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Chin, Denny** | 07/28/2020 |

| 8. | Harvard University | March 28, 2019 | Cambridge, MA | Teach | travel expenses |
| --- | --- | --- | --- | --- | --- |
| 9. | Harvard University | April 4, 2019 | Cambridge, MA | Teach | travel expenses |
| 10. | Harvard University | April 11, 2019 | Cambridge, MA | Teach | travel expenses |

| Name of Person Reporting | Date of Report |
|---|---|
| **Chin, Denny** | 07/28/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Cadwalader 401K | Loan from retirement plan (spouse) | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chin, Denny | 07/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Eastbank, N.A. bank accounts | A | Interest | M | T | | | | | |
| 2.  Chase Bank bank accounts | A | Interest | L | T | | | | | |
| 3.  Citibank bank accounts | B | Interest | M | T | | | | | |
| 4.  Fidelity Investments Puritan Fund IRA | A | Dividend | K | T | | | | | |
| 5.  Northwestern Mutual whole life insurance | A | Dividend | M | T | | | | | |
| 6.  Dodge & Cox Stock Fund | D | Dividend | M | T | | | | | |
| 7.  Vanguard Wellington Fund Admiral | E | Dividend | O | T | | | | | |
| 8.  Vanguard Primecap Fund Admiral | G | Dividend | P1 | T | | | | | |
| 9.  Vanguard Inst. Index Fund | D | Dividend | O | T | | | | | |
| 10. Vanguard Windsor II Fund Admiral | E | Dividend | O | T | | | | | |
| 11. Merrill Lynch Cash/Money Account | A | Interest | K | T | | | | | |
| 12. Blackrock Hi Yld Bd | C | Dividend | L | T | | | | | |
| 13. Doubleline Emerging | B | Dividend | L | T | | | | | |
| 14. Invesco Oppenheimer | A | Dividend | M | T | | | | | |
| 15. Nuveen Hi Yield Muni | B | Dividend | K | T | | | | | |
| 16. SPDR DJ Wilshire REIT | C | Dividend | L | T | | | | | |
| 17. Skybridge G II Fund | B | Dividend | N | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Chin, Denny** | 07/28/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   Vanguard Int'l Value Fund | D | Dividend | O | T | | | | | |
| 19.   Vanguard Total Bond Market Index Fund | C | Dividend | O | T | | | | | |
| 20.   Vanguard Small-Cap Index Fund | B | Dividend | M | T | | | | | |
| 21.   Vanguard Intermediate Term Investment<br>Grade Fund | C | Dividend | M | T | | | | | |
| 22.   IShares Currency Hedged | A | Dividend | K | T | | | | | |
| 23.   IShares Edge MSCI Min | A | Dividend | K | T | | | | | |
| 24.   Vanguard Int'l Growth Adm | D | Dividend | O | T | | | | | |
| 25. | | | | | | | | | |
| 26. | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

For Question VII, I corrected the following description of the assets:

7. "Vanguard Wellington Fund Investory Shares" should be "Vanguard Wellington Fund Admiral"

10. "Vanguard Windsor II Fund Investory Shares" should be "Vanguard Windsor II Fund Admiral"

13." MSCI Emerging" should be "Doubleline Emerging"

14." Oppenheimer Developing" should be "Invesco Oppenheimer"

I also deleted Artisan Int'l Fund as that fund closed in 2017.

| Name of Person Reporting | Date of Report |
|---|---|
| Chin, Denny | 07/28/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Denny Chin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544